FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUL 10 PM 3:40

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

CHARLES EVERETT WILLIAMS,  )
                       Movant,  )
v.  )   Case No.   CV611-108
                     )                       CR610-021
UNITED STATES OF AMERICA,  )
                       Respondent.  )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16th day of July, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA